OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS



OFFIC.O.BOX 12308 CAPITOL STATION AUSTIN TEXAS 7871 POSTAGE ≫ PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015.

7/1/2015
STEELE, RICKY EDWARD    Tr. Ct. No. 1059319-A                WR-75,640-02
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RICKY EDWARD STEELE
TDC #1383794

R.+.S
discharged

RTS